UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDY OLDREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ WATERS NORTH AMERICA, INC.,<br><br>Defendant. | No. 7:21-CV-03885-NSR<br><br>**Oral Argument Requested**<br><br>**NOTICE OF DEFENDANT'S<br>MOTION TO DISMISS** |

PLEASE TAKE NOTICE that defendant Nestlé Waters North America, Inc., now known as BlueTriton Brands, Inc. ("NWNA"), hereby moves this Court, before the Honorable Nelson S. Román, at the Honorable Charles L. Brieant Jr. Federal Building and U.S. Courthouse, 300 Quarropas Street, White Plains, NY 10601, on a date and time to be determined by the Court, for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint in this action with prejudice, and for such other relief as the Court deems just and proper.

This motion is based upon this notice, the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, together with the Request for Judicial Notice and the exhibits annexed thereto, all other documents on file in this action, and argument and other matters as may be presented to the Court at the hearing.

Dated: November 24, 2021

WHITE & CASE LLP

*/s/ Bryan A. Merryman*
Bryan A. Merryman (*pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Tel: (213) 620-7700
Fax: (213) 452-2329
bmerryman@whitecase.com

2

Sequoia Kaul
Paula Kates
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
Fax: (212) 354-8113
sequoia.kaul@whitecase.com

*Attorneys for Defendant*
*Nestlé Waters North America, Inc.,*
*now known as BlueTriton Brands, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, the following documents were served via e-mail according to the parties' agreement: (1) Notice of Defendant's Motion to Dismiss, (2) BlueTriton Brands, Inc.'s Memorandum of Law in Support of Defendant's Motion to Dismiss, and (3) Request for Judicial Notice in Support of Defendant's Motion to Dismiss, upon the following:

> Spencer Sheehan
> Sheehan & Associates, P.C.
> 60 Cuttermill Road, Suite 409
> Great Neck, NY  11021
> spencer@spencersheehan.com
>
> *Counsel for Plaintiff*

I am employed by White & Case LLP at the below address.  I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2021.

> */s/ Sequoia Kaul*
> Sequoia Kaul
> 1221 Avenue of the Americas
> New York, New York 10020
> Tel: (212) 819-8200
> Fax: (212) 354-8113
> sequoia.kaul@whitecase.com