**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BRANDY OLDREY, individually and on behalf of
all others similarly situated,

                          Plaintiff,

    -against-                                      21 **CIVIL** 3885 (NSR)

                                                                   **<u>JUDGMENT</u>**

NESTLE WATERS NORTH AMERICA, INC.,

                          Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 27, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       July 28, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                     **BY:**         *K. Mango*

                                                           **Deputy Clerk**